1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

10

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| JON L. NYLAND,<br><br>      Plaintiff,<br><br>      v.<br><br>CALAVERAS COUNTY SHERIFF'S JAIL,<br><br>      Defendant. | Case No.  1:15-cv-00886 DLB PC<br><br>ORDER DENYING MOTIONS FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 6, 9, 11] |

17    Plaintiff Jon L. Nyland, a pretrial detainee proceeding pro se and in forma pauperis, filed

18 this civil rights action pursuant to 42 U.S.C. § 1983 on June 11, 2015.[1]  By separate order, the

19 Court has screened and dismissed the complaint with leave to amend.

20    Pending before the Court are Plaintiff's several requests for injunctive relief.  On June 24,

21 2015, Plaintiff filed a motion concerning conditions in the jail.  Plaintiff contends that he has not

22 been given access to a copy machine or allowed to make copies of documents.  He states he has

23 been locked down on three occasions without reason, written documentation, or review.  He

24 states he has been placed in administrative segregation without cause or documentation.  He

25 claims he is being denied access to disciplinary records and is not permitted to engage in

26 correspondence beyond three sheets of paper per week.

27

28

---

[1] On June 18, 2015, Plaintiff consented to the jurisdiction of the Magistrate Judge.

1

1    On July 1, 2015, Plaintiff filed a motion requesting immediate relief for alleged ongoing

2    mistreatment.  Again, he claims he has been locked down without cause or documentation, and

3    he has been administratively segregated for personal reasons and mental health reasons.  He

4    states he has not been given proper medications.

5    On July 8, 2015, Plaintiff filed a motion requesting immediate relief.  He states he has not

6    been given his medications.  He states staff have opened his legal mail.  He claims that the public

7    defender has not visited him with respect to his underlying criminal case.

8    A preliminary injunction is an extraordinary remedy never awarded as of right.  Winter v.

9    Natural Resources Defense Council, Inc., 555 U.S. 7, 24 (2008) (citation omitted).  For each

10   form of relief sought in federal court, Plaintiff must establish standing.  Summers v. Earth Island

11   Institute, 555 U.S. 488, 493 (2009) (citation omitted); Mayfield v. United States, 599 F.3d 964,

12   969 (9th Cir. 2010) (citation omitted).  This requires Plaintiff to show that he is under threat of

13   suffering an injury in fact that is concrete and particularized; the threat must be actual and

14   imminent, not conjectural or hypothetical; it must be fairly traceable to challenged conduct of the

15   defendant; and it must be likely that a favorable judicial decision will prevent or redress the

16   injury.  Summers, 555 U.S. at 493 (quotation marks and citation omitted); Mayfield, 599 F.3d at

17   969.  Further, any award of equitable relief is governed by the Prison Litigation Reform Act,

18   which provides in relevant part, "Prospective relief in any civil action with respect to prison

19   conditions shall extend no further than necessary to correct the violation of the Federal right of a

20   particular plaintiff or plaintiffs.  The court shall not grant or approve any prospective relief

21   unless the court finds that such relief is narrowly drawn, extends no further than necessary to

22   correct the violation of the Federal right, and is the least intrusive means necessary to correct the

23   violation of the Federal right."  18 U.S.C. § 3626(a)(1)(A).

24   By separate order, the Court has screened and dismissed the complaint with leave to file

25   an amended complaint.  In light of Plaintiff's failure to state any claim upon which relief may be

26   granted, there is no actual case or controversy before the Court at this time, and Court lacks the

27   jurisdiction to issue the orders sought by Plaintiff.  Summers, 555 U.S. at 493; Mayfield, 599

28   F.3d at 969.

1

**ORDER**

2      For the reasons set forth above, IT IS HEREBY ORDERED that Plaintiff's motions for

3   injunctive relief are DENIED.

4

    IT IS SO ORDERED.
5

6      Dated:   **July 17, 2015**                    /s/ *Dennis L. Beck*

7                                       UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28