# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON L. NYLAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALAVERAS COUNTY SHERIFF'S JAIL,<br><br>　　　　　Defendant. | Case No. 1:15-cv-00886 DLB PC<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>[ECF No. 14] |

　　　　Plaintiff Jon L. Nyland, a pretrial detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 11, 2015.[1]  On July 17, 2015, the Court screened and dismissed the complaint with leave to amend.  On July 24, 2015, Plaintiff filed a First Amended Complaint.

　　　　Pending before the Court is Plaintiff's request for appointment of counsel filed on July 23, 2015.  Plaintiff does not have a constitutional right to the appointment of counsel in this action.  Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009); Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981).  The Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1), but it will do so only if exceptional circumstances exist.  Palmer, 560 F.3d at 970; Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).  In making this

---

[1] On June 18, 2015, Plaintiff consented to the jurisdiction of the Magistrate Judge.

1  determination, the Court must evaluate the likelihood of success on the merits and the ability of
2  Plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved.
3  <u>Palmer</u>, 560 F.3d at 970 (citation and quotation marks omitted); <u>Wilborn</u>, 789 F.2d at 1331.
4  Neither consideration is dispositive and they must be viewed together.  <u>Palmer</u>, 560 F.3d at 970
5  (citation and quotation marks omitted); <u>Wilborn</u>, 789 F.2d at 1331.

6       In the present case, the Court does not find the required exceptional circumstances.  Even
7  if it is assumed that Plaintiff is not well versed in the law and that he has made serious
8  allegations which, if proved, would entitle him to relief, his case is not exceptional.  The Court is
9  faced with similar cases almost daily.  Therefore, Plaintiff's request for the appointment of
10 counsel is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **February 1, 2016**                    /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE