UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON L. NYLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN BAILEY, et al.,<br><br>　　　　Defendants. | 1:15-cv-00886-GSA (PC)<br><br>ORDER STRIKING MOTION FOR LACK OF SIGNATURE<br>(ECF No. 58.) |

Jon L. Nyland ("Plaintiff") is a former jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On January 19, 2018, Plaintiff filed a motion for appointment of counsel. (ECF No. 58.) The document is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on January 19, 2018, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

　　Dated: __**January 29, 2018**__　　　　　　_____**/s/ Gary S. Austin**_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE